958 A.2d 1044

**Walter T. CURRIE, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (WHEATLAND TUBE CO.), Respondents.**

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2008, the Application for Leave to Amend and the Petition for Allowance of Appeal are hereby **DENIED.**